DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KYLE M. HOBBY,**
Appellant,

v.

**GERALDINE CONNIE URENA QUIROS,**
Appellee.

No. 4D2025-1076

[February 19, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Johnathan D. Lott, Judge; L.T. Case No. DVCE-24-022265.

Kyle M. Hobby, Homestead, pro se.

Lawrence David Schott of the Law Offices of Lawrence D. Schott, P.A., Hallandale Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***